

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Desert NDT, LLC,

\* From the 161st District Court
of Ector County,
Trial Court No. B-21-02-0184-CV

Vs. No. 11-21-00102-CV

\* October 13, 2022

Ector County Appraisal District,

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Desert NDT, LLC.